JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney
 450 Golden Gate Avenue
 San Francisco, California 94102
 Telephone: (415) 436-6697
 Facsimile: (415) 436-6687
 E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF SANDRA CRUZ VILLA, a/k/a Araceli Morales-Cruz. | Misc No. 3:09-xr-90170 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF APPEARANCE TO REPORT ON EXTRADITION STATUS** |

The parties appeared before the Honorable Edward M. Chen on May 13, 2009. On that date, the parties agreed to return before the Court on June 17, 2009 to report on the status of the extradition proceedings and agree upon a briefing schedule. To allow for continuity of counsel, the parties now request that the appearance be moved from June 17, 2009 to June 10, 2009 at 9:30 a.m.

//
//
//
//
//
//

STIPULATION AND [PROPOSED]
ORDER CHANGING DATE
Misc. No. 3:09-xr-90170

IT IS SO STIPULATED.

DATED: May 19, 2009

/s/
RITA BOSWORTH
Counsel for Sandra Cruz Villa

DATED: May 19, 2009

/s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 2, 2009

THE HON. EDWARD M. CHEN
United States Magistrate Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED]
ORDER CHANGING DATE
Misc. No. 3:09-xr-90170          2