BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CRUZ VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SANDRA CRUZ VILLA | No. 3:09-XR-90170 EMC<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE<br><br>PROPOSED HEARING DATE: ~~October 28, 2009~~, at 9:30 a.m.  Nov. 4, 2009 |

1. Ms. Cruz Villa last appeared before this Court on June 10, 2009, for a status conference. At that time, the government still had not received the formal request for extradition from Mexico. The parties set another status conference for July 8, 2009.

2. On July 2, 2009, the government provided defense counsel with the formal request from Mexico requesting the extradition of Ms. Villa, as well as other discovery. The parties have agreed upon the following briefing schedule and extradition hearing date:

Government's Motion due: September 16

Defendant's Response due: September 30

Government's Reply due: October 14

Extradition Hearing date: ~~October 28 at 9:30 a.m.~~   Nov. 4, 2009 at 9:30 a.m.

3. The parties believe that the briefing schedule outlined above is appropriate given the large volume of discovery in the case and given the fact that defense counsel will be on leave

Stip. & [Proposed] Order; *In the Matter of Sandra Cruz Villa,* 09-90170 EMC               1

for a significant amount of time in August and September.

4. Should the Court agree with the proposed briefing schedule, the parties agree that the status conference that is set for July 8, 2009, should be vacated, as there are no other issues to address at this time.

IT IS SO STIPULATED.

7/7/09                                          /s/
_____                    _____
DATED                                       Jeane Hamilton
                                                    Special Assistant United States Attorney


7/7/09                                          /s/
_____                    _____
DATED                                       RITA BOSWORTH
                                                    Assistant Federal Public Defender

IT IS SO ORDERED.

7/7/09
_____
DATED

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stip. & [Proposed] Order; *In the Matter of Sandra Cruz Villa,* 09-90170 EMC                    2