UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF SANDRA CRUZ VILLA.

No. CR 09-90170 EMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO FILE UNDER SEAL**

**(Docket No. 25)**

Defendant has moved to file under seal (1) her opposition to the government's motion requesting a certificate of extraditability and (2) the supporting Bosworth declaration. The Court hereby **GRANTS** in part and **DENIES** in part the request to file under seal.

Defendant has established that there is good cause to seal the Bosworth declaration, including the attached exhibits. However, Defendant has failed to show that the opposition in its entirety should be sealed. Accordingly, the Court hereby orders that the Bosworth declaration be filed under seal. The Court further orders that the copy of the opposition submitted by Defendant shall be filed under seal. However, Defendant is also required to file a public version of her opposition, redacting only those parts of the opposition that reflect, *e.g.*, the dates of birth, names of minor children, and home addresses.

IT IS SO ORDERED.

Dated: October 5, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge