1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
   JEANE HAMILTON (CABN 157834)
6  Special Assistant United States Attorney
           450 Golden Gate Avenue, Box 36055
7          San Francisco, California 94102
           Telephone: (415) 436-6830/6697
8          Facsimile: (415) 436-7234
           E-Mails: Kyle.Waldinger@usdoj.gov
9                   Jeane.Hamilton@usdoj.gov

10 Attorneys for Complainant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SANDRA CRUZ VILLA, a/k/a Araceli Morales-Cruz | No. 3:09-xr-90170 EMC<br><br>STIPULATION AND [P~~ROPO~~SED] ORDER MODIFYING BRIEFING SCHEDULE<br><br>**HEARING DATE:** November 4, 2009, at 9:30 a.m. |

1. On July 2, 2009, the government provided defense counsel with the formal request from Mexico requesting the extradition of Ms. Villa, as well as other discovery. The parties previously agreed upon, and the Court ordered, the following briefing schedule and extradition hearing date:

Government's Motion due: September 16

Defendant's Response due: September 30

Government's Reply due: October 14

Extradition Hearing date: November 4 at 9:30 a.m.

Stip. & [Proposed] Order; *In the Matter of Sandra Cruz Villa,* 09-90170 EMC         1

2. On September 30, the defendant filed her Opposition to Government's Motion Requesting A Certificate of Extraditability. The parties agree it is appropriate to permit the United States an additional week to respond to the opposition papers. The parties also agree that the extradition hearing should remain on calendar for November 4, 2009, as scheduled. Therefore, the parties stipulate to the following modified briefing schedule:

Government's Reply due: October 21

Extradition Hearing date: November 4 at 9:30 a.m.

IT IS SO STIPULATED.

October 8, 2009                                          /s/
_____        _____
DATED                                                    Jeane Hamilton
                                                         Special Assistant United States Attorney


October 8, 2009                                          /s/
_____        _____
DATED                                                    RITA BOSWORTH
                                                         Assistant Federal Public Defender


IT IS SO ORDERED.


         October 13, 2009
_____        _____
DATED                                                    EDWARD M. CHEN
                                                         United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

Stip. & [Proposed] Order; *In the Matter of Sandra Cruz Villa,* 09-90170 EMC          2